UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 13CR1767-GPC |
| Plaintiff, | ) ) | ORDER GRANTING UNITED STATES' MOTION TO DISMISS WITHOUT PREJUDICE |
| v. | ) ) | |
| MARCOS NUNO-AMEZCUA, | ) ) | |
| Defendant. | ) ) | |

Upon application of the Government,

IT IS HEREBY ORDERED that the Indictment in this case is dismissed without prejudice.

DATED: August 15, 2013

HON. GONZALO P. CURIEL
United States District Judge